598

452 A.2d 1083

Bastin et ux., Appellants v. McConnell et al.

Argued November 12, 1980.  Martin Singer, for appellants;  William C. Robinson, for appellees.

Before CAVANAUGH, WATKINS and HOFFMAN, JJ.

Order affirmed.

452 A.2d 1084

Carter v. Mored, Inc., Appellant.

Argued September 8, 1982.  David M. Kozloff, for appellant;  Jay N. Abramowitch, for appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Order affirmed.